COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re FD Frontier Drilling (Cyprus) Ltd., Frontier Drilling AS (f/k/a
                         Frontier Drilling ASA), Frontier Drilling USA, Inc., and Noble
                         Drilling (U.S.) L.L.C.

Appellate case number:   01-14-00081-CV

Trial court case number: 2011-00127

Trial court:             334th District Court of Harris County

On January 27, 2014, relators, FD Frontier Drilling (Cyprus) Ltd., Frontier Drilling AS (f/k/a Frontier Drilling ASA), Frontier Drilling USA, Inc., and Noble Drilling (U.S.) L.L.C., filed a petition for a writ of mandamus and an emergency motion for stay of trial proceedings, requesting that the Court "stay[] the proceeding below, including merits based discovery, pending this Court's decisions on Relators' Petition for Writ of Mandamus and prior appeal (Cause No. 01-12-01160-CV)." Relators' motion for stay is **granted**. Accordingly, we ORDER that all proceedings in the trial court and all discovery in the underlying trial court proceedings are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until relators' petition for writ of mandamus is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Further, the Court requests that the real parties in interest respond to the petition for writ of mandamus. It is ordered that the response of any interested party shall be due within 14 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                   X Acting individually     ☐ Acting for the Court

Date: January 28, 2014